# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM TROHON, *on behalf of himself and all others similarly situated*,<br><br>        Plaintiff,<br><br>-against-<br><br>SANTANDER CONSUMER USA, INC.,<br><br>        Defendant. | Civil Action No.: 1:12-cv-11825 |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: October 24, 2012

                                                Respectfully submitted,

                                                PLAINTIFF, William Trohon, *on behalf of himself and all others similarly situated*

                                                /s/ Sergei Lemberg

                                                Sergei Lemberg, Esq.
                                                B.B.O. No.: 650671
                                                **LEMBERG & ASSOCIATES L.L.C.**
                                                1100 Summer Street, 3rd Floor
                                                Stamford, CT 06905
                                                Telephone: (203) 653-2250
                                                Facsimile:  (203) 653-3424
                                                slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 24, 2012, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By_/s/ Sergei Lemberg_____
                  Sergei Lemberg