# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM TROHON, *on behalf of himself and all others similarly situated*, <br><br> Plaintiff, <br><br> -against- <br><br> SOVEREIGN BANK, N.A., <br><br> Defendant. | Civil Action No.: 1:12-cv-11825 |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

William Trohon ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action as to all Defendants, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 5, 2012

        Respectfully submitted,

        PLAINTIFF, William Trohon, *on behalf of himself and all others similarly situated*

        By: /s/ Sergei Lemberg
        Sergei Lemberg, Esq.
        BBO No.: 650671
        Lemberg & Associates L.L.C.
        1100 Summer Street, 3rd Floor
        Stamford, CT 06905
        Telephone: (203) 653-2250
        Facsimile:  (203) 653-3424
        Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 5, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                By /s/ Sergei Lemberg
                   Sergei Lemberg